**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES DEMAREE,** | **NO. CV 16-2884-RGK (KS)** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,** | |
| **Defendants.** | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 14, 2016

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1